## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KURT C. BRYSON and, <br> CHRISTOPHER G. CONNELLY, SR., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF WILMINGTON, a municipal Corporation, and BOBBY L. CUMMINGS, In his individual and official capacities, <br><br> Defendants. | ) <br> ) <br> ) <br> ) C.A. No. 17-133 (JFB/SRF) <br> ) <br> ) TRIAL BY JURY OF TWELVE <br> ) DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) |

**EXHIBITS TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT TO DISMISS ALL CLAIMS BY PLAINTIFFS BRYSON AND CONNELLY**