# EXHIBIT 1A

| | DIRECTIVE 1.2 | | |
|---|---|---|---|
| SUBJECT<br>General Authority and Responsibilities of Personnel | NO. PAGES<br>4 | | |
| DISTRIBUTION<br>All Personnel | AMENDS<br>Directive §1.2<br>Dated: 05/01/94 | THIS ORDER CANCELS | | |
| DATE OF APPROVAL<br>04/14/09 | DATE OF ISSUE<br>02/10/09 | Applicable Accreditation Standards | | |
| | | 11.3.1a/b | 11.3.2 | 12.1.1 | 12.2.1 |
| ISSUED BY:<br>Chief Michael J. Szczerba<br>Chief of Police<br>Reviewed: 2/10/2009 | | | | |

# General Authority and Responsibilities of Personnel

Directive: **1.2**

A. **CHIEF OF POLICE:**

1. Authority

   The Chief of Police is the chief executive officer of the Department of Police and the final authority in all matters pertaining to the department. He shall exercise all lawful powers of his office and issue such orders as are necessary to assure the effective performance of the Department of Police. (CALEA 11.3.1)

2. Responsibility

   Through the Chief of Police, the Department of Police is responsible for the enforcement of all laws and ordinances within its legal jurisdiction. As the Chief Executive officer, he is also responsible for the management functions of planning, directing, coordinating, controlling, and staffing of all activities within the Department of Police. Among these functional responsibilities are the following administrative duties: (CALEA 11.3.1, 11.3.2)

   a. The enforcement of rules and regulations within the department;
   b. Preparation of the department's budget, purchasing and all other financial activities;
   c. The completion of and presentation of periodic reports to the Mayor and others;
   d. The department's relationship with the public and private sector of the community. (CALEA 12.1.1)

B. **Inspector:**

1. Authority

   An Inspector of the Department of Police is the authorized representative of the Chief of Police throughout the department. He shall be authorized to implement all matters of policy and discipline to all divisions and he shall be empowered to act as the Chief of Police, or in the absence of the Chief, by implication.

   Unless otherwise designated by the Chief of Police, the order of precedence for command authority in the event of the absence of the Chief of Police will be:

   a. The Inspector of Uniformed Operations
   b. The Inspector of Investigative Operations

2. Responsibility

   An Inspector of the Department of Police shall be responsible to the Chief of Police for the administration, operation, and discipline of all divisions under his command. He shall also be responsible to the Chief of Police for all actions taken by him in the absence of the Chief in his name.

**C. Captain**

1. Authority

   The Captain of the Department of Police is the highest promoted administrative and operational commander of any division. He shall be empowered by the Chief of Police to issue orders to all subordinate personnel as may be necessary to promote the effective operation of all activities within the Department of Police. Additionally, he has the authority to assign and transfer all personnel within his division, subject to the approval of his Inspector and the Chief of Police. The Captain also has the authority to make disciplinary recommendations for all subordinate personnel who violate the procedures governing the Department of Police.

2. Responsibility

   The Captain of Police shall be responsible for the effective and efficient operations of his division; for the formulation and implementation of departmental or division policies, for facilitating inter/intra division communications; for ensuring the training, assignment, and evaluation of personnel within his division; for periodic review of division personnel and equipment; for reviewing operational activities to maintain an ongoing evaluation of division performance; for preparation of division financial requests; and for the review and preparation of division correspondence and special reports.

D. **Lieutenant:**

1. Authority

   The Lieutenant of Police performs the duties of the commanding officer of a shift, squad, section, unit, or the executive officer of a division, section, or unit. He shall be authorized to assign and deploy all personnel within his command subject to established policy; to issue orders to assigned personnel as required to comply with departmental policy to facilitate unit effectiveness; to conduct counseling sessions in disciplinary matters; to make disciplinary recommendations to the division commander; and to act as division commander upon formal direction or in the absence of the division commander.

2. Responsibility

   The Lieutenant of Police shall be responsible for the supervision of section personnel and establishing duty assignments on a daily basis. The Lieutenant is also responsible for the proper manpower allocation and the command function during emergency situations. Among his administrative duties, the Lieutenant is responsible for the following:

   a. Unit performance evaluations;
   b. The preparation and review of unit reports; and
   c. The proper care and custody of all property assigned to the unit and its personnel.

E. **Sergeant:**

1. Authority

   The Sergeant of the Department of Police is the first line supervisor of all activities controlled by his assigned unit. He is authorized to take command of all field operations unless relieved or superseded by higher authority; to deploy personnel in accordance with departmental policy; to issue verbal orders to assigned personnel; to assure compliance with department or division orders, policies, and procedures; to make disciplinary recommendations; and to act as the unit commander in the absence of the assigned commander.

2. Responsibility

   The Sergeant of the Department of Police is responsible for coordinating the activities of the units assigned to the shift or squad; for supervising assigned personnel, including assignment of work priorities and evaluating performance;

for reviewing all police reports; for the proper and effective patrol response; for enforcing departmental, division, and unit policies; for the channeling of information between subordinates and management personnel; for providing for the security and maintenance of all departmental property assigned to the unit or personnel assigned thereto; for assuming field commands of incidents requiring coordinated efforts of various officers and units; for the initial investigation of citizen complaints against subordinates when personnel from Internal Affairs are not available; and for the overall appearance and good working order of subordinate personnel.

F.  **Patrol Officer**

   1.  Authority

   The Patrol Officer of the Department of Police is authorized by law to prevent crime, investigate and apprehend those responsible for criminal activity, and to enforce all laws and ordinances and preserve the peace.

   2.  Responsibility

   The Patrol Officer of the Department of Police is responsible for developing a thorough knowledge of all criminal laws, investigative procedures, patrol techniques, and departmental procedures; for completing in a proper and thorough manner all lawful assignments made by those in authority; for complying with departmental rules and regulations as set forth by Directive or Memorandum; and providing proper police service to the community through the use of established techniques of police authority.