# EXHIBIT 25

*Miscellaneous 51*

**ISSUED DATE: JANUARY 19, 2016**                                    **ANNOUNCEMENT NO. 20163203**

DENNIS P. WILLIAMS
MAYOR



**City of Wilmington**
**Delaware**

LOUIS L. REDDING - CITY/COUNTY BUILDING
800 FRENCH STREET
WILMINGTON, DELAWARE
19801-3537
WWW.WILMINGTONDE.GOV

## PATROL OFFICER

### WE ARE EQUAL OPPORTUNITY EMPLOYER

**SALARY GRADE:**  $44,573 per year to $60,242 per year

**MINIMUM QUALIFICATIONS:** Must be twenty-one (21) years of age at time of appointment. Completion of high school or GED Equivalency required.

**REQUIREMENT(S):** Possession of a valid State of Delaware driver's license upon hire with a good driving record. Applicant must pass a battery of tests and interviews as required by the position of Police Officer. This battery consists of, but is not limited to, physical ability test, a standardized written test, a staff interview, medical and psychological evaluations, polygraph examination, and a drug screening.

**NATURE OF WORK PERFORMED:** The Police Officer with the Department of Police performs general police work duties as authorized by law to protect life and property; prevents violations of statutes and laws; investigates and suppresses disturbances; investigates complaints; makes arrests and issues summonses when appropriate; does related work as required. The description is illustrative only and is not intended to represent the actual job description of the position or to imply that all duties and required knowledge, skills, and abilities are listed.

**EXAMPLES OF WORK PERFORMED (Illustrative Only):** The Police Officer with the Department of Police performs the following duties of patrol, investigation, police duties, maintenance activities, and special assignments. Enforces State law and City code violations. Patrols an assigned area during a specified period in a police car or on foot. Investigates suspicious conditions and complaints and makes arrests of persons who violate law and ordinances. Inspecting and safeguarding property, responding to alarms, chasing violators on foot, and checking buildings. Accompanies prisoners to headquarters, jail, or court and appears in court as arresting officer. Directs traffic, assists stranded motorists, handles accidents and crime scenes, and enforces traffic laws. Maintains order in crowd situations and participates in community public relations programs. Looks for stolen cars and wanted or missing persons. Conducts criminal investigations, interviews, and interrogates concerned parties. Gives advice on laws and ordinances and general information to the public. The duties of a Police Officer may become unpredictably hazardous and can require acute use of the senses to discern various stimuli of danger. Officers are required to run distances, traverse rough terrain quickly, climb obstacles, and remove injured or unconscious persons from harm's way. Engage in physical confrontations using offensive and defensive tactics to subdue assaultive persons, and to effect a forceful arrest. Performs all related work as required.

**REQUIRED KNOWLEDGE, SKILLS, AND ABILITIES:** Ability to communicate both verbally and in writing. Possess good judgment and powers of observation and memory. Knowledge of first-aid methods. Skill in the use of firearms. Demonstrated proficiency to safely operate a vehicle on the road in emergency situations and regular conditions. Ability to understand and carry out complex oral and written instructions. Must have excellent moral character and physical ability.

**OPEN COMPETITIVE**
**VACANCY: DEPARTMENT OF POLICE**
**CITY RESIDENCY REQUIRED WITHIN SIX MONTHS OF EMPLOYMENT**
**VETERANS ARE ENCOURAGED TO APPLY**
**APPLICANTS MUST APPLY NO LATER THAN CLOSE OF BUSINESS (5:00 PM):** March 11, 2016
**APPLY:**  CITY OF WILMINGTON – HUMAN RESOURCES DEPARTMENT
City/County Building, 800 French Street, 4th Floor
Wilmington, Delaware 19801 – Telephone: 576-2460
www.WilmingtonDE.gov/government/police

W:\WDOX\10116101\W0003036.DOC / 1/15/2016

Revised: 1/15/2016

ISSUED DATE: JANUARY 19, 2016      ANNOUNCEMENT NO. 20163203

DENNIS P. WILLIAMS
MAYOR




LOUIS L. REDDING - CITY/COUNTY BUILDING
800 FRENCH STREET
WILMINGTON, DELAWARE
19801-3537
WWW.WILMINGTONDE.GOV

**EXTENDED**      **EXTENDED**

## PATROL OFFICER

### WE ARE EQUAL OPPORTUNITY EMPLOYER

**SALARY GRADE:** $44,573 per year to $60,242 per year

**MINIMUM QUALIFICATIONS:** Must be twenty-one (21) years of age at time of appointment. Completion of high school or GED Equivalency required.

**REQUIREMENT(S):** Possession of a valid State of Delaware driver's license upon hire with a good driving record. Applicant must pass a battery of tests and interviews as required by the position of Police Officer. This battery consists of, but is not limited to, physical ability test, a standardized written test, a staff interview, medical and psychological evaluations, polygraph examination, and a drug screening.

**NATURE OF WORK PERFORMED:** The Police Officer with the Department of Police performs general police work duties as authorized by law to protect life and property; prevents violations of statutes and laws; investigates and suppresses disturbances; investigates complaints; makes arrests and issues summonses when appropriate; does related work as required. The description is illustrative only and is not intended to represent the actual job description of the position or to imply that all duties and required knowledge, skills, and abilities are listed.

**EXAMPLES OF WORK PERFORMED (Illustrative Only):** The Police Officer with the Department of Police performs the following duties of patrol, investigation, police duties, maintenance activities, and special assignments. Enforces State law and City code violations. Patrols an assigned area during a specified period in a police car or on foot. Investigates suspicious conditions and complaints and makes arrests of persons who violate law and ordinances. Inspecting and safeguarding property, responding to alarms, chasing violators on foot, and checking buildings. Accompanies prisoners to headquarters, jail, or court and appears in court as arresting officer. Directs traffic, assists stranded motorists, handles accidents and crime scenes, and enforces traffic laws. Maintains order in crowd situations and participates in community public relations programs. Looks for stolen cars and wanted or missing persons. Conducts criminal investigations, interviews, and interrogates concerned parties. Gives advice on laws and ordinances and general information to the public. The duties of a Police Officer may become unpredictably hazardous and can require acute use of the senses to discern various stimuli of danger. Officers are required to run distances, traverse rough terrain quickly, climb obstacles, and remove injured or unconscious persons from harm's way. Engage in physical confrontations using offensive and defensive tactics to subdue assaultive persons, and to effect a forceful arrest. Performs all related work as required.

**REQUIRED KNOWLEDGE, SKILLS, AND ABILITIES:** Ability to communicate both verbally and in writing. Possess good judgment and powers of observation and memory. Knowledge of first-aid methods. Skill in the use of firearms. Demonstrated proficiency to safely operate a vehicle on the road in emergency situations and regular conditions. Ability to understand and carry out complex oral and written instructions. Must have excellent moral character and physical ability.

**OPEN COMPETITIVE**
**VACANCY: DEPARTMENT OF POLICE**
**CITY RESIDENCY REQUIRED WITHIN SIX MONTHS OF EMPLOYMENT**
**VETERANS ARE ENCOURAGED TO APPLY**
**APPLICANTS MUST APPLY NO LATER THAN CLOSE OF BUSINESS (5:00 PM):** March 24, 2016
**APPLY:** CITY OF WILMINGTON – DEPARTMENT OF HUMAN RESOURCES
      City/County Building, 800 French Street, 4th Floor
      Wilmington, Delaware 19801 - Telephone: 576-2460
      www.WilmingtonDE.gov/government/police

# 97th WILMINGTON POLICE ACADEMY
## TIMELINE

| DATE | TIME | EVENT | LOCATION |
|---|---|---|---|
| 01-19-2016 | | PROCESS BEGINS | N-A |
| 03-11-2016 | | APPLICATION PROCESS ENDS | N-A |
| 03-26-2016 | 0700-1800 | Physical Ability Testing | P.S. DuPont |
| 04-02-2016 | 0700-1800 | Physical Ability Testing | P.S. DuPont |
| 04-05-2016 | 1800-2100 | Written Exam Prep Class | Turner Building |
| 04-06-2016 | 1800-2100 | Written Exam Prep Class | Turner Building |
| 04-09-2016 | 0900-1200 / 1330-1630 | Written Examination | Turner Building |
| 04-19-2016 | 1800-2000 | Oral Board Prep | Turner Building |
| 04-20-2016 | 1800-2000 | Oral Board Prep | Turner Building |
| 05-02-2016 Thru 05-06-2016 | 0800-1600 | Oral Board Interviews | WPD Conference Room |
| 05-16-2016 Thru 07-08-2016 | N-A | Background Investigations and Polygraph Examinations | N-A |
| 07-18-2016 Thru 07-29-2016 | 0900-1700 | Chief's Interviews | WPD Conference Room |
| 08-12-2016 | 0900 | 97TH Academy Class Selection | WPD Conference Room |
| 08-15-2016 Thru 08-26-2016 | | Psychological Exams, Physical Exams, and Drug Screening | |
| 08-27-2016 | 0900 | Academy Orientation Meeting | 58 |
| 08-29-2016 | 0800 | First Day of 97th Academy | DELTECH |
| 02-10-2017 | | GRADUATION | |

**\*\*24 Week Academy\*\***